UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOPING CHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN DRESSLER,<br><br>    Defendant. | Case No: C 10-00877 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

This Court previously scheduled a telephonic Case Management Conference for June 10, 2010, and ordered Plaintiff to file a Joint Case Management Conference Statement at least ten days in advance of the hearing. (Docket 4.) Plaintiff failed to file a Case Management Statement as ordered. Nor did Plaintiff file a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by May 20, 2010, as required by the Court. (Docket No. 3.) The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). See Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

IT IS HEREBY ORDERED THAT:

1.  The Case Management Conference previously scheduled for June 10, 2010, is VACATED.

2.  The parties shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to prosecute. Within seven (7) days of the date this order is filed, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER

1 | WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT
2 | FURTHER NOTICE.
3 |     IT IS SO ORDERED.
4 | Dated: June 9, 2010

                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOPING CHEN et al,

       Plaintiff,

  v.

ALAN DRESSLER et al,

       Defendant.
_____/

Case Number: CV10-00877 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Boping Chen
2021 Yorkshire Place
Alameda, CA 94501

Ying Cui
2021 Yorkshire Place
Alameda, CA 94501

Yueyue Chen
2021 Yorkshire Place
Alameda, CA 94501

Dated: June 10, 2010

                Richard W. Wieking, Clerk

                     By: LISA R CLARK, Deputy Clerk